## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

MARCOS VINICIUS DE SOUZA BRAGANCA

CASE NO.  3:25-CV-01845 SEC P

VERSUS

JUDGE TERRY A. DOUGHTY

HERIBERTO TELLEZ ET AL

MAG. JUDGE KAYLA D. MCCLUSKY

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 22], after an independent review of the record, no objections thereto have been filed, and after determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Marcos Vinicius De Souza Braganca's Motion for Default Judgment [Doc. No. 14] is **DENIED**, and the Clerk of Court is requested to **SET ASIDE** the entry of default [Doc. No. 15].

MONROE, LOUISIANA, this 17th day of April 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE