**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**MARCOS VINICIUS DE SOUZA BRAGANCA**                    **CASE NO.  3:25-CV-01845 SEC P**

**VERSUS**                                              **JUDGE TERRY A. DOUGHTY**

**HERIBERTO TELLEZ ET AL**                              **MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

For the reasons stated in the Court's Memorandum Ruling [Doc. No. 27],

**IT IS ORDERED** that the Court **DECLINES TO ADOPT** the Report and Recommendation of the Magistrate Judge [Doc. No. 23].

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 1] filed by Petitioner, Marcos Vinicius De Souza Braganca ("Petitioner"), is **GRANTED**. Respondents, including the Warden of Jackson Parish Correctional Center, must release Petitioner from custody as soon as reasonably possible. Respondents must notify Petitioner's counsel of the exact location and time of his release no less than two hours before his release. Respondents **must notify the Court of Petitioner's release within 24 hours of Petitioner's release** via the following email: doughty_motions@lawd.uscourts.gov.

MONROE, LOUISIANA, this 3rd day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1